UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**   **ARLENE R. LINDSAY**   **DATE: 11/9/2023**
  United States Magistrate Judge
  **TIME: 11:00 AM**

**DOCKET NO: 22-cv-07155-DG-ARL**

**CASE: Wachter v. PHRG Management, LLC**

\_\_\_  INITIAL CONFERENCE
\_\_\_  STATUS CONFERENCE
\_\_\_  SCHEDULING CONFERENCE        BY TELEPHONE **X**
\_\_\_  SETTLEMENT CONFERENCE
\_\_\_  FINAL CONFERENCE
 **X**  FAIRNESS HEARING

  **APPEARANCES:**   **FOR PLAINTIFF:**   **FOR DEFENDANTS:**
    Robert Valli    Anthony A. Mingione

**The following rulings were made:**

   Having reviewed the terms of the parties' proposed settlement agreement, the Court finds that it is fair and reasonable, including the allocation of attorneys' fees. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015).  Pursuant to the agreement placed on the record by the parties the release is modified and limited to include only the corporate defendant its predecessors and successors, and any other person or entity that plaintiff claims, or may claim, to have been his employer for purposes of his work at PHRG Management, LLC.  The Clerk of Court is directed to mark this matter closed.

  **SO ORDERED:**
    **/s/**